**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CESAR LEONARDO LOPEZ-AQUILAR,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

Respondents.

Case No. CV 5:26-03699-RAO

**ORDER OF SUMMARY DISMISSAL**

Petitioner Cesar Leonardo Lopez-Aguilar, currently in immigration custody at Adelanto Processing Center and proceeding *pro se*, has filed two substantially similar immigration-related habeas petitions under 28 U.S.C. § 2241 in this Court: the instant matter, and *Lopez-Aguilar v. Adelanto ICE Processing Center, et al.,* Case No. CV 5:25-02883-MRA-RAO.

The Court has discretion to dismiss a pleading "that merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). A habeas petition is duplicative when the "claims, parties, and available relief do not significantly differ between the two actions." *Barapind v. Reno*, 72 F.Supp.2d 1132, 1145 (E.D. Cal. 1999) (*quoting Ridge Gold Standard Liquors, Inc. v. Joseph*

*E. Seagram & Sons, Inc.*, 572 F. Supp. 1210, 1213 (N.D. Ill.1983)). When there is a multiplication of the proceedings, the Court may dismiss the second action. *See id.*

The petition here either duplicates or substantially overlaps with the information contained in Case No. CV 5:25-02883-MRA-RAO, currently pending with this Court, and arises from the same current immigration detention. In sum, there is no significant difference between the instant matter and the pending habeas action in Case No. CV 5:25-02883-MRA-RAO.

IT THEREFORE IS ORDERED that this action be summarily dismissed as duplicative of Case No. CV 5:25-02883-MRA-RAO. All pending motions are denied as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 31, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE