UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CESAR LEONARDO LOPEZ-AGUILAR,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

Respondents.

Case No. CV 5:26-03699 JLS (RAO)

JUDGMENT

Pursuant to the Order of Summary Dismissal,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 31, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE